**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7242**

---

MICHAEL WILLIAM,

                                    Petitioner - Appellant,

        versus

JOSEPH  M.  BROOKS,  Warden,  FCI  Petersburg,
Petersburg, Virginia,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Claude M. Hilton, Chief District
Judge.  (CA-01-869-AM)

---

Submitted:  February 12, 2002        Decided:  March 27, 2002

---

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael William, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael William appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See William v. Brooks, No. CA-01-869-AM (E.D. Va. filed July 5, 2001; entered July 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED